UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RANJIT SINGH on their own behalf and on behalf of others similarly situated and all others similarly situated and DHARMENDER SINGH on their own behalf of others similarly situated,

                            Plaintiffs,

       - against -

ALL EMPIRE BUILDING CONTRACTORS, INC. and HARJINDER SINGH *also known as* Tony Singh,

                           Defendants.
------------------------------------------------------------X

FILED
CLERK

2:05 pm, Jul 21, 2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**DEFAULT JUDGMENT**
CV 20-2736 (DRH) (AYS)

      An Order Adopting Report and Recommendation of Honorable Denis R. Hurley, United States District Judge, having been filed on July 20, 2021; adopting the June 30, 2021 Report and Recommendation ("R&R") of United States Magistrate Judge Anne Y. Shields; granting Plaintiffs motion for a default judgment against the Defendants and that; (a) damages be awarded to Plaintiff Dharmender Singh as follows: (1) unpaid wages in the amount of $3,900.00; (2) unpaid overtime compensation in the amount of $6,168.75; (3) liquidated damages in the amount of $6,168.75; (4) $6,650.00 in damages for violations of the WPTA; (5) pre-judgment interest through the date of the Report and Recommendation in the amount of $2,189.84, with additional interest to be calculated through the date of the judgment herein at a rate of $2.48 per day; and (6) post-judgment interest, to be calculated by the Clerk of the Court, pursuant to 28 U.S.C. § 1961, for a total damages award of $25,077.34; and the Clerk of the Court having calculated the post-judgment amount to be $52.08; (b) damages be awarded to Plaintiff Ranjit Singh as follows: (1) unpaid wages in the amount of $4,200.00; (2) unpaid overtime compensation in the amount

of $6,168.75; (3) liquidated damages in the amount of $6,168.75; (4) $6,650.00 in damages for violations of the WPTA; (5) pre-judgment interest through the date of the Report and Recommendation in the amount of $2,260.48, with additional interest to be calculated through the date of judgment herein at a rate of $2.56 per day; and (6) post-judgment interest, to be calculated by the Clerk of the Court, pursuant to 28 U.S.C. § 1961, for a total damages award of $25,447.98 and the Clerk of Court having calculated the post-judgment amount to be $53.78; (c) Plaintiffs motion for attorney's fees and costs be granted in part and denied in part and that Plaintiffs be awarded $10,974.00 in attorney's fees and costs in the amount of $400.00; directing the Clerk of Court to enter judgment accordingly and to close this case, it is

**ORDERED AND ADJUDGED** that Plaintiffs Ranjit Singh and Dharmender Singh's motion for a default judgment against Defendants All Empire Building Contractors, Inc. and Harjinder Singh is granted; that Plaintiffs Ranjit Singh and Dharmender Singh are awarded a total judgment in the amount of $62,048.96 as against Defendants All Empire Building Contractors, Inc. and Harjinder Singh; and that this case is closed.

Dated: July 21, 2021
      Central Islip, New York

                                                    DOUGLAS C. PALMER
                                                    CLERK OF THE COURT
                              By:   /s/ Mary Ellen Kirchner
                                                    Deputy Clerk